DENNIS K. BURKE
United States Attorney
District of Arizona
G. MICAH SCHMIT
Assistant U.S. Attorney
State Bar No. 014887
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED
2010 NOV 17 A 4:38
RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____ DEPUTY CLERK

CR10-3278 TUC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

VICTIM CASE

| | |
|---|---|
| United States of America, | **INDICTMENT** |
| Plaintiff, | Violation: 18 USC §111(a)(1)<br>18 USC §115(a)(1)(B)<br>18 USC §115(b)(4) |
| vs. | |
| Patrick Stanley, | (Assault on a Federal Officer;<br>Threatening a Federal Officer |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

That on or about July 22, 2010, at the United States Penitentiary, 9300 S. Wilmot Rd, in Tucson, in the District of Arizona, **PATRICK STANLEY**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Brett Grotefend, an officer and employee of the United States Bureau of Prisons, while said officer was engaged in and on account of the performance of his official duties, to wit: grabbing Officer Grotefend's throat causing both redness and bleeding, with the act involving physical contact and constituting more than simple assault; in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

That on or about July 22, 2010, at the United States Penitentiary, 9300 S. Wilmot Rd, in Tucson, in the District of Arizona, **PATRICK STANLEY**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Brett Grotefend, an officer and

employee of the United States Bureau of Prisons, while said officer was engaged in and on account of the performance of his official duties, to wit: grabbing Officer Grotefend's scrotum and continuing to strike at the officer causing an abrasion and swelling to the officer's eye, with the act involving physical contact and constituting more than simple assault; in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3

That on or about July 22, 2010, at the United States Penitentiary, 9300 S. Wilmot Rd, in Tucson, in the District of Arizona, **PATRICK STANLEY**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Emil Gevorkyan, an officer and employee of the United States Bureau of Prisons, while said officer was engaged in and on account of the performance of his official duties, to wit: causing a cut on Officer Gevorkyan's hand, with the act involving physical contact and constituting more than simple assault; in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 4

That on or about July 22, 2010, at the United States Penitentiary, 9300 S. Wilmot Rd, in Tucson, in the District of Arizona, **PATRICK STANLEY**, did threaten to assault, kidnap, or murder a Federal law enforcement officer, that is, Emil Gevorkyan, an officer and employee of the United States Bureau of Prisons, with intent to intimidate said individual while he was engaged in the performance of his official duties, or with intent to retaliate against such individual on account of the performance of his official duties, by making numerous threats to wit: threatening Officer Gevorkyan with harm, including specifically stating "Next time you

///

//

/

1  go to my cell watch what I'm gonna do"; "You go to my cell again watch what's gonna
2  happen" and "Next time I will fuck you up".  All in violation of Title 18, United States Code,
3  Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

DENNIS K. BURKE
United States Attorney
District of Arizona

G. Micah Schmit
Assistant U.S. Attorney



REDACTED FOR
PUBLIC DISCLOSURE

NOV 17 2010

U.S. v. Hurley Indictment
Page 3 of 3