JOHN S. LEONARDO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Stanley Patrick,<br><br>　　　　Defendant. | CR 10-3278-TUC-RCC<br><br>**RESPONSE TO DEFENDANT'S OBJECTION TO PRE-SENTENCE REPORT AND SENTENCING MEMORANDUM** |

　　　　The United States of America, through its attorneys undersigned, hereby files its response to the Defendant's Objections to the Pre-Sentence Report, and states as follows:

　　　　The defendant objects to numerous paragraphs (4-6, 10, 14, 21, 89) and to the justification provided by the probation department on page 19 of the Pre-Sentence Report, as well as to the probation department's overall recommendation that the Court reject the plea agreement and sentence the defendant to 37 months. For the reasons stated in lines 8-14 of page four of the defendant's Objection, the government joins the defendant's request of the Court to accept the plea agreement and sentence the defendant within the plea agreement's contemplated range of 6-12 months.

　　　　The government shall orally respond to the remainder of the defendant's objections at the sentencing hearing, currently scheduled for September 11, 2012.

WHEREFORE, the Government respectfully requests that the Court sustain the Defendant's objection and sentence the defendant to a period of incarceration of 6-12 months, as contemplated by the plea agreement.

Respectfully submitted this 10th day of September, 2012.

                JOHN S. LEONARDO
                United States Attorney
                District of Arizona

                *s/Matthew C. Cassell*

                MATTHEW C. CASSELL
                Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 10th day of September, 2012, to:

Eric Rau, Esq.